# EXHIBIT C

**WILLETT & WILLETT, LLP**
James P. Willett, State Bar No. 88837
james@willettlaw.com
Allison R. Willett, State Bar No. 238430
allison@willettlaw.com
9701 Wilshire Blvd., Suite 1006
Beverly Hills, California 90212
Telephone: (310) 601-7120
Fax: (310) 601-7110

**BESHADA FARNESE LLP**
Peter J. Farnese, State Bar No. 251204
pjf@beshadafarneselaw.com
10250 Constellation Blvd., Suite 2300
Los Angeles, California 90067
Telephone: (310) 356-4668
Facsimile: (310) 388-1232

*Attorneys for Plaintiff,*
*Lien Scherr and the Proposed Class*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

MAY 0 1 2018

BY _____
ASHLEE BAYLESS, DEPUTY

No Proof of Service — AB

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| LIEN SCHERR, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> RODAN & FIELDS, LLC, a California limited liability company, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.: **CIV DS 1723435** <br><br> Judge: Hon. David S. Cohn <br><br> **FIRST AMENDED CLASS ACTION COMPLAINT:** <br><br> 1. VIOLATION OF BUSINESS AND PROFESSIONS CODE § 17200, *et seq.* (Unlawful Prong) <br> 2. VIOLATION OF BUSINESS AND PROFESSIONS CODE § 17200, *et seq.* (Unfair and Fraudulent Prongs) <br> 3. VIOLATION OF BUSINESS AND PROFESSIONS CODE § 17500, *et seq.* <br> 4. VIOLATION OF CALIFORNIA CIVIL CODE § 1750, *et seq.* (Consumer Legal Remedies Act) <br><br> **DEMAND FOR JURY TRIAL** |

FIRST AMENDED COMPLAINT

Plaintiff Lien Scherr, individually and on behalf of all other similarly situated purchasers of Enhancements Lash Boost (hereinafter "Lash Boost", or "the Product"), hereby brings this complaint against Rodan & Fields, LLC (hereinafter "Rodan & Fields"), and Does 1 through 100, inclusive (sometimes collectively referred to herein as "Defendant" or "Rodan & Fields") to challenge Rodan & Fields's numerous and repeated violations of California state law and it's unlawful business practices and alleges as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over all causes of action asserted herein pursuant to the California Constitution, Article VI, § 10, because this case is a cause not given by statute to other trial courts. Plaintiff has standing to bring this action pursuant to Business & Professions Code § 17200, *et seq*.

2. Defendant Rodan & Fields, LLC is a limited liability company with its principle place of business at 60 Spear Street, Suite 600, San Francisco, California 94105. Rodan & Fields, LLC has sufficient minimum contacts with California, and/or otherwise has intentionally availed itself of the markets in California through the promotion, marketing and sale of their products in California, such that the exercise of jurisdiction by this Court is permissible under traditional notions of fair play and substantial justice.

3. Venue is proper in this Court because Defendants have conducted substantial business in San Bernardino County. Defendants received substantial compensation from sales in San Bernardino County and Defendants made numerous misrepresentations which had a substantial effect in San Bernardino County, including, but not limited to internet advertisements.

4. Out-of-state participants can be brought before this Court pursuant to the provisions of Code of Civil Procedure § 395.5.

## PARTIES

5. Plaintiff is, and at all times relevant hereto was, an individual residing in California. Plaintiff purchased the Product in California during the class period. Because Lash Boost is sold